IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODELA, | 1:05-CV-0587 OWW WMW P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| M. MESKE, et al., | STATEMENT **OR** PAY FILING FEE |
| Defendants. / | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1 account statement for the six month period immediately preceding the filing of the complaint, or
2 in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will
3 result in a recommendation that this action be dismissed.
4 IT IS SO ORDERED.
5 **Dated:     October 6, 2005**                    **/s/  William M. Wunderlich**
j14hj0                                             UNITED STATES MAGISTRATE JUDGE